IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00117-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO GUERRA,

    Defendant.
_____

## ORDER SETTING TRIAL DATES AND DEADLINES
_____

This matter has been scheduled for a one-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, on **May 10, 2010 at 8:00 a.m.** It is

ORDERED that a Trial Preparation Conference is set for **May 7, 2010 at 10:30 a.m.** in Courtroom A701.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

    5)    any stipulations as to fact or law; and

    6)    any other issue affecting the duration or course of the trial.

DATED April 20, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge