IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00117-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO GUERRA,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that sentencing in this matter is set for **August 13, 2010 at 2:30 p.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED May 14, 2010.